April 3, 2007

07cv1477

RECEIVED
WILLIAM T. WALSH, CLERK
2007 APR -3 P 3: 44
UNITED STATES
DISTRICT COURT

To whom it may concern:

Enclosed please find summons for the following cases:

    Berndl, et al v. Menu Foods, Inc
    Bonier v. Menu Foods, Inc.

Kindly issue summons so that those complaints can be served.

    Thank you.

    The Ferrara Law firm
    Michelle Zeigler