AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Leslie Bernd, and
Jim and Terri Moses

v.

Menu Foods, Inc,
Menu Foods Income
Funds, and Menu
Midwest Corporation.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07cv1477

TO: (Name and address of Defendant)

Menu Foods, Inc.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110
856-662-7412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Ferrara Law Firm, LLC
Michael A. Ferrara, Jr.
601 Longwood Avenue
Cherry Hill, NJ 08034.

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK _____    DATE 4/3/07

(By) DEPUTY CLERK _____