AO 440 (Rev. 10/93) Summons in a Civil Action  **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE AND COMPLAINT** |
| EFFECTED (1) BY ME: | **HANAN HAYON** |
| TITLE: | **PROCESS SERVER**   DATE: **04/03/2007 05:10PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MENU FOODS INC

Place where served:

9130 GRIFFITH MORGAN LANE   PENNSAUKEN NJ 08104

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SEAN CONKLIN

Relationship to defendant: VICE PRESIDENT OPPERATIONS

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

(stamp: APR 09 2007)

**STATEMENT OF SERVER**

TRAVEL $ _____.___   SERVICES $ _____.___   TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04/03/20 07   _____ L.S.
SIGNATURE OF HANAN HAYON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/03/07
Janira Sville
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

| | |
|---|---|
| ATTORNEY: | MICHAEL FERRARA, JR., ESQ. |
| PLAINTIFF: | JANICE BONIER |
| DEFENDANT: | MENU FOODS INC |
| VENUE: | DISTRICT |
| DOCKET: | CV 1477 07 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SP

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Janice Bonier

V.

Menu Foods, Inc,
Menu Foods Income
Funds, and Menu
Foods Midwest Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-1477

TO: (Name and address of Defendant)

Menu Foods, Inc.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110
856-662-7412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Ferrara Law Firm, LLC
Michael A. Ferrara, Jr.
601 Longwood Avenue
Cherry Hill, NJ 08034

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE  4/3/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4.3.07   5:10 pm |
| NAME OF SERVER (PRINT)  Hanan Ben Hayon | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Menu Foods INC
  Sean Conklin - VP OPP

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
  9130 Griffith Morgan Ln Pennsauken NJ

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

2009 Morris Ave Union NJ 07083
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.