**THE FERRARA LAW FIRM**

LAWYERS HELPING PEOPLE
SINCE 1972

Michael A. Ferrara, Jr., Esquire+
Niki A. Trunk, Esquire

+Certified by The Supreme Court Of New Jersey as a Certified Civil Trial Attorney

+Board Certified in Civil Trial Law By The National Board of Trial Advocacy

All Attorneys Are Admitted to Practice in New Jersey and Pennsylvania.

601 Longwood Avenue
Route 38 & Longwood Avenue
Cherry Hill NJ 08002

Phone: 856.779.9500
Toll Free 877.NJLEGAL
Fax: 856.661.0369

Website: www.ferraralawfirm.com

mferrara@ferraralawfirm.com
ntrunk@ferraralawfirm.com

May 24, 2007

**VIA HAND DELIVERY**

The Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ 08101

Re:   **Bonier, et al. v. Menu Foods, et al.**
      **Case No.:   07-cv-1477**

Dear Judge Hillman:

  Please allow this letter to serve as an application for pro hac vice admission of Scott A. Kamber, Esquire in the above matter.

  I am an attorney at law in the State of New Jersey and I am president of The Ferrara Law Firm, LLC and serve as local counsel for the plaintiffs in the above captioned matter. I have personal knowledge of the facts and information set forth herein. I am a member in good standing with the Bar of this Court and there are no disciplinary proceedings pending against me in any jurisdiction, nor have I ever been the subject of any disciplinary proceedings in any jurisdiction.

  Attached is the Affidavit of Scott A. Kamber, Esquire, in support of this application for pro hac vice admission.

  I have fully advised Mr. Kamber of his obligation to comply with the rules of this Court, of his obligation to make payment to the New Jersey Lawyer's Fund for Client Protection in the event that he is admitted pro hac vice. He has indicated to me that he will do so and is prepared to forward a check to the Treasurer of the Fund upon this Court's admitting him pro hac vice.

  For the foregoing reasons, I respectfully request that this Court grant the application for admission of Scott A. Kamber, Esquire, pro hac vice.

  Thank you for your continuing courtesy and cooperation.

Respectfully submitted,

Michael A. Ferrara, Jr.

Dockets.Justia.com