**THE FERRARA LAW FIRM, LLC**
Michael A. Ferrara, Jr., Esquire
601 Longwood Avenue at State Highway 38
Cherry Hill, New Jersey 08002
Telephone: 856.779.9500
Facsimile: 856.661.0369
mferrara@ferraralawfirm.com

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANICE BONIER;<br>GUY BRITTON;<br>TAMMY MATTHEWS, individually and on<br>Behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC;<br>MENU FOODS INCOME FUNDS; and<br>MENUF FOODS MIDWEST CORP.,<br><br>    Defendants. | Court File No.: 07-cv-1477<br><br><br><br><br><br><br>**AFFIDAVIT OF<br>SCOTT A. KAMBER, ESQUIRE<br>IN SUPPORT OF<br>PRO HAC VICE ADMISSION** |

I, Scott A. Kamber, having been duly sworn deposes and says:

1. I make this Affidavit in support of my application for admission to the Bar of this Court, pro hac vice, for the purposes of participating in the above-captioned matter.

2. I am a partner with Kamber and Associates, LLC. My office is located at 11 Broadway, 22nd Floor, New York, NY 10004.

3. I am a member in good standing and admitted to practice law in the State of New York. I am also a member in good standing of the Southern District of New York

and Eastern District of New York, United States Court of Appeals for Second Circuit and Ninth Circuit and the United States Supreme Court.

4. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I have not failed a New Jersey bar examination.

6. If admitted pro hac vice, I will be associated in the above-captioned matter with Michael A. Ferrara, Jr., Esquire, who is a member in good standing and admitted to practice law in the Supreme Courts of New Jersey and Pennsylvania; the United States District Court for the District of New Jersey; the United States Court of Appeals for the Third Circuit; and the United States Supreme Court. Mr. Ferrara is counsel of record in the above captioned matter and is qualified to practice pursuant to Rule 1:21-1.

7. This cause of action involves issues in which I have developed special knowledge. I am knowledgeable about the transactions giving rise to this cause of action and have had extensive experience in lawsuits of this nature. Specifically, clients I represent have submitted Affidavits to the court regarding a Motion to Enjoin certain conduct by Defendant Menu Foods, Inc.

8. Plaintiffs in this matter have requested the representation of my firm in this is matter due to the extensive knowledge my firm brings to this field.

9. I agree to comply with the standards of professional conduct imposed upon members of the New Jersey Bar, including the Rules of the Court governing the conduct of attorneys and the disciplinary rules of the Code of Professional Responsibility as well as other rules governing this Court.

10. I agree to be subject to the jurisdiction of the New Jersey Courts with respect to any acts occurring during the course of my participation in this matter.

11. I have no personal, physical or other form of interest in this matter.

12. I hereby certify that upon admission to the Bar of this Court, pro hac vice, I will report to the proper authorities, the sums required to be deposited pursuant to Rule 1:20(b) and 1:28.

13. I agree to pay to the New Jersey Lawyers Fund for Client Protection the fees required by New Jersey Court Rule 1:28-2(a).

14. I agree to take no fee in any tort case in excess of the New Jersey Court contingency Fee Rule, Rule 1:27-7, as amended.

15. In light of the plaintiffs' request that I assist in their representation in the above captioned matter, my special knowledge and familiarity with the issues particular to this type of case, I respectfully request that I be admitted to the Bar of this Court, pro hac vice.

Respectfully submitted,

KAMBER & ASSOCIATES, LLC

By: _____
Scott A. Kamber, Esquire

Date: May 24, 2007

Sworn to and Subscribed before me this
24th day of May, 2007

_____
NOTARY PUBLIC
Michael A. Ferrara Jr.
An attorney at law of New Jersey