IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JANICE BONIER, et al., Plaintiffs, v. MENU FOODS, INC., et al., Defendants. | Civil No. 07-1477 (NLH) **ORDER** |

This matter having been brought before the Court by Michael A. Ferrara, Jr., Esquire, counsel for Plaintiffs, for an Order allowing Scott A. Kamber, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS this _____ day of May, 2007, hereby

**ORDERED** that Scott A. Kamber, Esquire, a member of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Michael A. Ferrara, Jr., Esquire, a

member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted <u>pro hac vice</u> pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Scott A. Kamber, Esquire, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-2 (attached); and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Scott A. Kamber, Esquire, shall make a payment of $150.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Scott A. Kamber, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Scott A.

Kamber, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

At Camden, New Jersey

*/s/ Noel L. Hillman*
NOEL L. HILLMAN
United States District Judge

Attachment: PHV-4

**PRO HAC VICE ADMISSION IN NEW JERSEY**
**INFORMATION TO BE SUBMITTED WITH PAYMENT**

Rules 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)

Please submit one check for each attorney payable to NJ Lawyers' Fund for Client Protection
Mail to NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961

**2007 ASSESSMENT   $186.00**

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork; however, **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded or there is a substitution of counsel.

*Pro Hac Vice* **Attorney:**

Name: Last _____ First _____ Middle _____ Title _____

Date of Birth _____ Male _____ Female _____

Jurisdiction Where First Admitted to Any U.S. Bar _____ Year Admitted _____

Firm Name _____ Telephone # _____
Address _____
Address _____
City _____ State _____ Zip _____
e-mail _____

**Sponsoring New Jersey Attorney:**

Name: Last _____ First _____ Middle _____ Title _____ Firm Name _____
_____ Telephone _____
Address _____
Address _____
City _____ State _____ Zip _____

**Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.**

Docket # _____ Jurisdiction _____
Judge's Name _____

Questions? Please contact the NJ Lawyers' Fund's *Pro Hac Vice* Unit at (609)292-8009.   PHV-4

4